# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| RENEWABLE ASSET MANAGEMENT ) | |
| COMPANY, LLC, ) | Case No. 16-37669 |
| ) | |
| Debtor/Debtor-in-Possession. ) | Honorable Pamela S. Hollis |

## APPEARANCE AND NOTICE FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that John P. Sieger of Katten Muchin Rosenman LLP hereby appears in the above-captioned case as counsel for the The PrivateBank and Trust Company, and requests that any and all notices given or required to be given in the above-captioned cases, and all papers served or required to be served in this case, be served upon him at the following address, and that he be added to any service list or mailing matrix on file with the Clerk of the Bankruptcy Court:

> John P. Sieger
> KATTEN MUCHIN ROSENMAN LLP
> 525 W. Monroe Street
> Chicago, IL 60661-3693
> Tel:  (312) 902-5200
> Fax:  (312) 902-1061
> john.sieger@kattenlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand filed in these matters, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rule 2002.

Neither this Appearance nor any subsequent pleading, proof of claim or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters. All such rights are hereby reserved and preserved, without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in the case

Dated:  November 30, 2016                /s/ John P. Sieger
                                                              John P. Sieger (ARDC No. 6240033)
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Tel:  (312) 902-5200
Fax:   (312) 902-1061
john.sieger@kattenlaw.com

*Counsel to The PrivateBank and Trust Company*

2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2016, a copy of the foregoing *Appearance* was filed through the Court's electronic filing system, which automatically served it on the parties via this Court's CM/ECF notification.


                              By:     /s/ *John P. Sieger*

John P. Sieger
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
Tel: (312) 902-5200
Fax: (312) 902-1061
john.sieger@kattenlaw.com

3